# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOLIE INTIMATES, INC.                    Plaintiff, <br><br> -v- <br> AARON LEVY-SLEMAN, <br> ELI LEVY-SLEMAN, GABRIEL SUTTON, <br> H.I.S. JUVENILES, INC. and <br> INTIMATECO., LLC,                      Defendant. | Case No. 08 7408 <br><br> **Rule 7.1 Statement** <br><br> D. Cote (ECF case) |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for _Jolie Intimates, Inc._ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

JOLIE INTIMATES, INC. has no corporate parent, affiliates or subsidiaries.

Date: 8/21/08

**Signature of Attorney**

**Attorney Bar Code:** _____